# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TIFFANY JORDAN

**Plaintiff,**

v.   Case No. 6:21-cv-1506

UCF ATHLETICS ASSOCIATION, INC.,

**Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

EEOC CHARGE NO. 510-2021-05023

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: 9.13.2021

/s/ Gary Martoccio

| Plaintiff(s) Counsel of Record or *Pro Se* Party [Address and Telephone] | Defendant(s) [Counsel of Record or *Pro Se* Party [Address and Telephone] |

Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609
T: 800.965.1570